IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-01342-RM-STV

WILDEARTH GUARDIANS,
SIERRA CLUB,
CENTER FOR BIOLOGICAL DIVERSITY,
and
HIGH COUNTRY CONSERVATION ADVOCATES,

      Plaintiffs,

v.

MOUNTAIN COAL COMPANY, and
ARCH RESOURCES, INC.,

---

**UNOPPOSED MOTION TO WITHDRAW NEIL LEVINE AS COUNSEL FOR
PLAINTIFFS**

---

      Pursuant to District of Colorado Local Civil Rule 5(b), Plaintiffs hereby move for leave of

Court to withdraw Neil Levine as counsel in the above-captioned matter.  There is good cause for

this motion, as Mr. Levine will be leaving his employer, Public Justice, on July 30, 2021.  Plaintiffs

have been duly notified of and consent to Mr. Levine's withdrawal.  In addition to existing counsel

David Nicholas and Caitlin Miller, Samantha Ruscavage-Barz and Daniel Timmons entered an

appearance as counsel of record for Plaintiffs on July 26, 2021, with their contact information

provided in their Entry of Appearance, and will provide additional representation for Plaintiffs.

      Pursuant to District of Colorado Local Civil Rule 7.1, Mr. Levine conferred with counsel for

all other parties, and all counsel do not oppose this motion.

Respectfully submitted on July 26, 2021,


*/s/ Neil Levine*

Neil Levine (CO Bar No. 29083)    David A. Nicholas (MA Bar No. 553996)
Public Justice    20 Whitney Road
4404 Alcott Street    Newton, Massachusetts  02460
Denver, Colorado 80211    (617) 964-1548
(303) 455-0604    dnicholas100@gmail.com
nlevine@publicjustice.net

Caitlin Miller (CO Bar No. 50600)    Attorneys for Plaintiffs
Earthjustice
633 17th Street, Suite 1600
Denver, CO 80202
(303) 996-9613
cmiller@earthjustice.org


## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2021, I electronically transmitted the above pleading to the Clerk's Office using the CM/ECF System for filing and service on all registered counsel.


*/s/ Neil Levine*
Neil Levine