**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-01342-RM-STV

WILDEARTH GUARDIANS,
SIERRA CLUB,
CENTER FOR BIOLOGICAL DIVERSITY,
and
HIGH COUNTRY CONSERVATION ADVOCATES,

      Plaintiffs,

v.

MOUNTAIN COAL COMPANY, and
ARCH RESOURCES, INC.,

      Defendants.

---

**JOINT MOTION TO LODGE AND ENTER CONSENT DECREE**

---

      Plaintiffs WildEarth Guardians, Sierra Club, Center for Biological Diversity, and High Country Conservation Advocates ("Plaintiffs") and Defendants Mountain Coal Company and Arch Resources, Inc. ("Defendants") (jointly, "the Parties") respectfully move to lodge the attached Consent Decree with the Court for later entry in accordance with the following paragraph of this joint motion. The Consent Decree represents a negotiated settlement of all claims presented by Plaintiffs against Defendants in this case without any admission of liability by Defendants. The parties represent that the settlement terms are appropriate, reasonable, and in the public interest.

      Under Section 304(c)(3) of the Clean Air Act, the United States has forty-five (45) days from receipt of the proposed consent judgment by the Attorney General and U.S. Environmental Protection Agency Administrator to review the proposed consent judgment and provide any

1

comments to the Court.  42 U.S.C. § 7604(c)(3).  Pursuant to Section 304(c)(3), Plaintiffs will promptly serve the United States and promptly notify the Court once the United States confirms receipt of service.  At the conclusion of that review period, the parties jointly request that the Court enter the Consent Decree.

Respectfully submitted this 23rd day of November, 2021.

*/s/ Daniel Timmons*
Daniel Timmons (NM Bar No. 152754)
Samantha Ruscavage-Barz (NM Bar No. 23276)
WildEarth Guardians
301 N. Guadalupe Street, Suite 201
Sante Fe, NM 87501
(505) 401-4180
dtimmons@wildearthguardians.org
sruscavagebarz@wildearthguardians.org

David Nicholas (MA Bar No. 553996)
20 Whitney Road
Newton, Massachusetts 02460
(617) 964-1548
dnicholas100@gmail.com

Caitlin Miller
Earthjustice
633 17th St., Suite 1600
Denver, CO 80202
(303) 996-9613
cmiller@earthjustice.org

*Attorneys for Plaintiffs*

WELBORN SULLIVAN MECK & TOOLEY, P.C.:
Welborn Sullivan Meck & Tooley, P.C.
1125 17th Street, Suite 2200
Denver, CO 80202
(303) 830-2500
ktooley@wsmtlaw.com
jsanderson@wsmtlaw.com
jrosen@wsmtlaw.com
jjensen@wsmtlaw.com

*/s/   Jens Jensen*
Keith D. Tooley, #16243
James W. Sanderson, #2402
Julie A. Rosen, #40406
Jens Jensen, #47471

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 23, 2021 I electronically transmitted the Parties' **JOINT MOTION TO LODGE AND ENTER CONSENT DECREE** to the Clerk's Office using the CM/ECF System for filing and service on all registered counsel.

*/s/ Daniel Timmons*
Daniel Timmons